**Order entered December 22, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00911-CR

**MATHEW KENNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F22-30075-M**

## ORDER

The reporter's record is overdue. The clerk's record shows appellant's counsel timely requested preparation of the reporter's record. We **ORDER** Belinda Baraka, Court Reporter, 194th Judicial District Court, to file within **THIRTY DAYS** of the date of this notice (1) the reporter's record or (2) written verification that no hearings were recorded. No extension will be granted absent a request from the court reporter reasonably explaining the need for the extension.

The Clerk is **DIRECTED** to send copies of this order to Belinda Baraka, Court Reporter, 194th Judicial District Court, and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE